UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. MARSH, | 1:09-cv-01243-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION FOR FREE COPIES OF THE ENTIRE RECORD |
| v. | (Doc. 29.) |
| M. VEGIANELLI, et al., | ORDER FOR CLERK TO SEND PLAINTIFF A DOCKET SHEET |
| Defendants. | |

Lawrence L. Marsh ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 17, 2009. (Doc. 1.) On July 9, 2010, plaintiff filed a motion requesting copies of documents from the court's record. (Doc. 29.)

Plaintiff requests free copies of all documents on the court's record for this action, based on his indigence and his assertion that his entire binder of court-related documents was taken from his locker during a search on June 20, 2010. In forma pauperis status does not include the cost of copies, and the Clerk does not ordinarily provide free copies of documents to parties. Copies up to 20 pages may be made by the Clerk's Office at this court upon request and prepayment of the copy fees.[1]  See 28 U.S.C. § 1914(a). Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

---

[1] Copies up to 20 pages may be made by the Clerk's Office at a charge of $.50 per page. For larger copy orders, contact Attorney's Diversified Service by writing to them at 741 N. Fulton Street, Fresno, CA 93728, by phoning 1-800-842-2695, by faxing a request to 559-486-4119, or by leaving a voice mail at 559-259-8544.

Plaintiff has not shown good cause for the Clerk to provide him with copies of the entire record in this action. Therefore, plaintiff's motion for copies shall be denied. However, the Clerk shall be instructed to send plaintiff a current docket sheet for this action, showing all activity to date in this action.

**V.     CONCLUSION**

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for copies is DENIED; and
2. The Clerk is instructed to send to plaintiff a current docket sheet for this action.

IT IS SO ORDERED.

**Dated:   July 12, 2010**                              /s/ Gary S. Austin
                                                         UNITED STATES MAGISTRATE JUDGE