IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. MARSH, | 1:09-cv-01243-GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| M. VEGIANELLI, et al., | |
| | (Doc. 73.) |
| Defendants. | THIRTY DAY DEADLINE |

Lawrence L. Marsh ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2012, Plaintiff filed a motion for an extension of time to withdraw his first amended opposition to Defendants' motion to dismiss and file a second amended opposition. (Doc. 73.)

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is granted thirty days from the date of service of this order in which to withdraw his first amended opposition to Defendants' motion to dismiss and file a second amended opposition, pursuant to the court's order of August 23, 2012.

IT IS SO ORDERED.

Dated:   September 13, 2012                    /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE